1

2

3

4

5

6

The Honorable Tana Lin

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MELODIE WARREN-BURLET,

NO. 2:23-cv-00531-TL

10

Plaintiff,

STIPULATION AND ORDER OF
DISMISSAL

11

12

v.

13

WALMART, INC., a foreign profit corporation;
and JOHN/JANE DOES 1-5, individually,

14

15

Defendant.

16

<u>STIPULATION</u>

17

The parties, Melodie Warren-Burlet and Walmart, Inc., hereby stipulate and agree that,

18

consistent with the parties Notice of Settlement (Docket #15) filed herein, all claims in the

19

above captioned lawsuit may be dismissed in their entirety, with prejudice, and without costs

20

and attorney fees to any party.

21

///

22

///

23

///

24

///

25

///

STIPULATION AND ORDER OF DISMISSAL - 1

1

2          Dated this 13th day of March, 2024.

3   WILLIAMS, KASTNER & GIBBS PLLC          COPPINGER CARTER PS

4

5

6

7   Eddy Silverman, WSBA No. 53494          Carrie M. Coppinger Carter, WSBA 28817
    Rodney L. Umberger, WSBA No. 24948
8   Xavier J. Gardner, WSBA No. 60160       100 Central Avenue
                                            Bellingham, WA 98225-4406
9   Two Union Square                        Tel: (360) 676-7545
    601 Union Street, Suite 4100            Email: ccc@coppingercarter.com
10  Seattle, WA 98101-2380                  service@coppingercarter.com
    Phone: (206) 628.6600
11  Fax: (206) 628.6611
    Email: esilverman@williamskastner.com
12  rumberger@williamskastner.com

13
    *Counsel for Defendant Walmart Inc.*        *Counsel for Melodie Warren-Burlet*
14

15                              ORDER

16          THIS MATTER having come before the Court by way of stipulated motion of Plaintiff

17  and Defendant, to dismiss all claims asserted in this lawsuit with prejudice and without costs

18  and attorney fees to any party, and the Court being fully advised, it is now ORDERED as

19  follows:

20          All Plaintiff Melodie Warren-Burlet's claims against Defendant Walmart Inc. are

21  hereby dismissed with prejudice and without costs and attorney fees to any party.

22          DATED this 13th day of March 2024.

23

24                                          Tana Lin
                                            United States District Judge
25

STIPULATION AND ORDER OF DISMISSAL - 2